1  MELVIN R. GOLDMAN (BAR NO. 34097)
   JORDAN ETH (BAR NO. 121617)
2  DOROTHY L. FERNANDEZ (BAR NO. 184266)
   CHRISTOPHER A. PATZ (BAR NO. 185917)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6  Attorneys for Defendants
   Terayon Communications Systems, Inc.,
7  Zaki Rakib, Selim Rakib, Raymond M. Fritz

FILED
CLERK, U.S. DISTRICT COURT
APR 26 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
APR 27 2001
CENTRAL DISTRICT OF CALIFORNIA
BY

Priority ___
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICK BERTRAM, FARZIN MOHTADI, AND GEORGE YORG, on behalf of themselves and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>TERAYON COMMUNICATIONS SYSTEMS, INC., ZAKI RAKIB, SELIM "SHLOMO" RAKIB, RAYMOND M. FRITZ, and DOES 1-20,<br><br>Defendants. | No. CV-00-12653 SVW (RZx)<br><br>**STIPULATION AND [PROPOSED] ORDER RE MOTION FOR ORDER REQUIRING PLAINTIFFS TO PROCEED IN THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>Date: April 30, 2001<br>Time: 1:30 p.m.<br>Place: Courtroom of the Honorable Stephen V. Wilson |

✓ Docketed CC
✓ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

LODGED
2001 APR 25

Case No. CV-00-12653 SVW (RZx)
STIPULATION AND [PROPOSED] ORDER RE.
MOTION REQUIRING PLAINTIFFS TO PROCEED
IN THE NORTHERN DISTRICT OF CALIFORNIA

sf-1088484

APR 27 2001

1       WHEREAS, on March 27, 2001, the Court directed defendants to seek an order requiring further proceedings in this action, if any, to take place in the Northern District of California;

4       WHEREAS defendants filed such a motion on April 5, 2001;

5       WHEREAS plaintiffs did not oppose defendants' motion, and do not oppose the requested order;

7       WHEREAS the parties agree that they have no further arguments to present to the Court concerning defendants' motion;

9       WHEREAS this is a representative action brought on behalf of a nationwide group of purchasers of Terayon Communication Systems, Inc. securities;

11       WHEREAS defendant Terayon is headquartered in Santa Clara, California, which is within the Northern District of California;

13       WHEREAS the individual defendants work and reside within the Northern District of California;

15       WHEREAS the parties agree that this lawsuit arises from substantially the same facts and claims alleged in an action pending in the Northern District of California, *In re Terayon Communication Systems, Inc. Securities Litigation* (N.D. Cal. Case No. C-00-1967-MHP); and

19       WHEREAS the parties have met and conferred about the content of this stipulation and [proposed] order, and they agree that entry of the proposed order will promote the orderly and efficient management of this litigation;

22       IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, as follows:

24       1. The parties respectfully request that the Court grant defendants' motion for an order requiring further proceedings in this action to take place in the Northern District of California.

Case No. CV-00-12653 SVW (RZx)
STIPULATION AND [PROPOSED] ORDER RE.
MOTION REQUIRING PLAINTIFFS TO PROCEED
IN THE NORTHERN DISTRICT OF CALIFORNIA

sf-1088484

2. The parties respectfully request that the Court cancel the hearing on this motion, which is scheduled for April 30, 2001.

3. The parties respectfully request that the Court transfer this action to the United States District Court, Northern District of California pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties and witnesses, and in the interests of justice.

4. None of the terms of this stipulation and proposed order shall become effective until approved by the Court.

DATED: April 24, 2001

        JEFFREY R. KRINSK (Bar No. 109234)
        HOWARD D. FINKELSTEIN (Bar No. 102964)
        GREGORY A. HARTLETT (Bar No. 196088)
        FINKELSTEIN & KRINSK
        501 West Broadway, Suite 1250
        San Diego, California 92101-3593
        Telephone: (619) 238-1333
        Facsimile: (619) 238-5425

By _____/s/_____
        Jeffrey R. Krinsk
        Attorneys for Plaintiffs

DATED: April 24, 2001

        MELVIN R. GOLDMAN
        JORDAN ETH
        DOROTHY L. FERNANDEZ
        CHRISTOPHER A. PATZ
        MORRISON & FOERSTER LLP

By _____
        Christopher A. Patz
        Attorneys for Defendants

Case No. CV-00-12653 SVW (RZx)
STIPULATION AND [PROPOSED] ORDER RE.
MOTION REQUIRING PLAINTIFFS TO PROCEED
IN THE NORTHERN DISTRICT OF CALIFORNIA

sf-1088484

1　　　2. The parties respectfully request that the Court cancel the hearing on this motion,

2　which is scheduled for April 30, 2001.

3　　　3. The parties respectfully request that the Court transfer this action to the United

4　States District Court, Northern District of California pursuant to 28 U.S.C. § 1404(a) for the

5　convenience of the parties and witnesses, and in the interests of justice.

6　　　4. None of the terms of this stipulation and proposed order shall become effective

7　until approved by the Court.

8　　　DATED: April 24, 2001

9　　　　　　　　　　　　　　　　　　　JEFFREY R. KRINSK (Bar No. 109234)
　　　　　　　　　　　　　　　　　　　HOWARD D. FINKELSTEIN (Bar No. 102964)
10　　　　　　　　　　　　　　　　　　GREGORY A. HARTLETT (Bar No. 196088)
　　　　　　　　　　　　　　　　　　　FINKELSTEIN & KRINSK
11　　　　　　　　　　　　　　　　　　501 West Broadway, Suite 1250
　　　　　　　　　　　　　　　　　　　San Diego, California 92101-3593
12　　　　　　　　　　　　　　　　　　Telephone: (619) 238-1333
　　　　　　　　　　　　　　　　　　　Facsimile: (619) 238-5425
13

14

15　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey R. Krinsk
16　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

17　　　　　　　*SC.A.P.*

18　　DATED: April 24, 2001

19　　　　　　　　　　　　　　　　　　MELVIN R. GOLDMAN
　　　　　　　　　　　　　　　　　　　JORDAN ETH
20　　　　　　　　　　　　　　　　　　DOROTHY L. FERNANDEZ
　　　　　　　　　　　　　　　　　　　CHRISTOPHER A. PATZ
21　　　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP

22

23　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　　Christopher A. Patz
24　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

25

26

27

28　Case No. CV-00-12653 SVW (RZx)
　　STIPULATION AND [PROPOSED] ORDER RE.
　　MOTION REQUIRING PLAINTIFFS TO PROCEED
　　IN THE NORTHERN DISTRICT OF CALIFORNIA

sf-1088484　　　　　　　　　　　　3

## ORDER

Good cause appearing therefor, IT IS ORDERED as follows:

- Defendants' motion for an order requiring further proceedings in this action to take place in the Northern District of California is GRANTED. Plaintiffs are ordered to proceed with this case, if at all, in the United States District Court, Northern District of California.
- The hearing in this matter scheduled for April 30, 2001 is canceled, and the parties need not appear on that date.
- Pursuant to 28 U.S.C. § 1404(a), for the convenience of the parties and witnesses, and in the interests of justice, this action is TRANSFERRED to the United States District Court, Northern District of California.

DATED: 4/26/2001

_____
The Honorable Stephen V. Wilson
United States District Judge

Case No. CV-00-12653 SVW (RZx)
STIPULATION AND [PROPOSED] ORDER RE.
MOTION REQUIRING PLAINTIFFS TO PROCEED
IN THE NORTHERN DISTRICT OF CALIFORNIA

sf-1088484

4

# PROOF OF SERVICE BY OVERNIGHT DELIVERY

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California, 94105; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited in a box or other facility regularly maintained by United Parcel Service or delivered to an authorized courier or driver authorized by United Parcel Service to receive documents on the same date that it is placed at Morrison & Foerster for collection.

I further declare that on the date hereof I served a copy of:

**STIPULATION AND [PROPOSED] ORDER RE. MOTION FOR ORDER REQUIRING PLAINTIFFS TO PROCEED IN THE NORTHERN DISTRICT OF CALIFORNIA***

on the following by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows for collection by United Parcel Service at Morrison & Foerster LLP, 425 Market Street, San Francisco, California, 94105, in accordance with Morrison & Foerster's ordinary business practices:

> Jeffrey R. Krinsk, Esq.
> Howard D. Finkelstein, Esq.
> Finkelstein & Krinsk
> Suite 1250
> 501 W. Broadway
> San Diego, CA 92101-3593

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at San Francisco, California, this 25th day of April, 2001.

Maureen Pyne
(typed)

(signature)

* A courtesy copy of this document was also faxed to (619) 238-5425.

Case No. CV-00-12653 SVW (RZx)
STIPULATION AND [PROPOSED] ORDER RE.
MOTION REQUIRING PLAINTIFFS TO PROCEED
IN THE NORTHERN DISTRICT OF CALIFORNIA

sf-1088484